# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| KENNETH JOHN KLUTHE, | ) Case No.: 1:16-cv-00742 - JLT |
|---|---|
| Plaintiff, | ) ORDER DISCHARGING THE ORDER TO SHOW |
| v. | ) CAUSE DATED SEPTEMBER 1, 2017 (Doc. 19) |
| NANCY A. BERRYHILL[1], Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

On September 1, 2017, the Court ordered Plaintiff to show cause why sanctions should not be imposed for failure to prosecute the action and failure to comply with the scheduling order. (Doc. 19) In the alternative, Plaintiff was directed to file an opening brief. (*Id.* at 2) The same date, Plaintiff filed his opening brief in the action.[2] (Doc. 20) Based upon the foregoing, the Court **ORDERS** that the order to show cause dated September 1, 2017 (Doc. 19) is **DISCHARGED**.

IT IS SO ORDERED.

Dated: **September 6, 2017**      **/s/ Jennifer L. Thurston**
                  UNITED STATES MAGISTRATE JUDGE

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Nancy A. Berryhill for her predecessor, Carolyn W. Colvin, as the defendant.

[2] Plaintiff's counsel, Denise Haley, also reported Defendant previously stipulated to an extension of the filing deadline to September 1, 2017, yet the stipulation was not filed and she did not realize this until the Court issued its order. (Doc. 21 at 2)