# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH JOHN KLUTHE,<br><br>        Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:16-cv-0742 - JLT<br><br>ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

On April 18, 2018, Kenneth John Kluthe and Nancy A. Berryhill, Acting Commissioner of Social Security, stipulated for the award and payment of attorney's fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 26)

Accordingly, subject to the terms of the parties' stipulation, the Court **ORDERS** fees and expenses in the total amount of $4,200.00 are **AWARDED** to Plaintiff, Kenneth John Kluthe.

IT IS SO ORDERED.

Dated: **April 19, 2018**           **/s/ Jennifer L. Thurston**
                                                       UNITED STATES MAGISTRATE JUDGE